IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01875-DME-KMT

DERRICK GRIGGS,

    Applicant,

v.

HARLEY LAPPIN, Director of Bureau of Prisons,

    Respondent.

## ORDER

Applicant Derrick Griggs is a prisoner in the custody of the United States Bureau of Prisons ("BOP") at the Federal Correctional Institution in Florence, Colorado. Mr. Griggs filed pro se an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 3.) In this application, Mr. Griggs contends that the BOP has failed to grant him credit for time served during the period in which he was detained prior to his federal sentencing.

The Court must construe Mr. Griggs' application liberally because Mr. Griggs is a pro se litigant. See Haines v. Kerner, 404 U.S. 519, 520-21 (1972); Hall v. Bellmon, 935 F.2d 1106, 1110 (10th Cir.1991). However, the Court should not act as the pro se litigant's advocate. See Hall, 935 F.2d at 1110. For the reasons stated below, Mr. Griggs' application will be denied.

On June 29, 2001, Mr. Griggs was sentenced to a 96-month term of imprisonment. (Doc. No. 15, Ex. 3.) Mr. Griggs asserts that he is entitled to credit for

time served from January 20, 2001 through April 29, 2001. The BOP does not disagree that Mr. Griggs is entitled to credit for time served during this period. (Doc. No. 15 at 8.) Additionally, the BOP asserts that Mr. Griggs is entitled to three more days of credit for time served from October 20, 2000 to October 22, 2000. (Id.) These additional three days bring Mr. Griggs' total credit to 103 days.

Allowing for a 103-day credit calculated from June 29, 2009 (because Mr. Griggs was sentenced to 96-months imprisonment on June 29, 2001, his term of imprisonment would expire on June 29, 2009 in the absence of any credits) would put Mr. Griggs' release date at March 17, 2009.[1] This is the exact release date that Mr. Griggs complains of in his application. Mr. Griggs' error appears to be his belief that he was originally sentenced in March 2001, which would indeed create the impression that the BOP failed to give him credit for his presentence confinement. The record, however, makes clear that Mr. Griggs was sentenced on June 29, 2001, rather than in March 2001. (Doc. No. 15, Exs. A, C, D.) Therefore, the March 17, 2009 release date properly includes Mr. Griggs' 103-day credit. Accordingly, it is ORDERED that Mr. Griggs' application is DENIED and the action is DISMISSED.

Dated: <u>April 11, 2008</u>.

BY THE COURT:

*s/ David M. Ebel*

UNITED STATES CIRCUIT JUDGE

---

[1] In the government's response to an order to show cause, it represented that Mr. Griggs' "currently scheduled" release date is August 25, 2008, assuming all good conduct time is earned.